WILLIAM MCWHORTER et al., Respondents, *v.* GEORGE L. STEVENS, Appellant. (Action No. 1.)

GEORGE L. STEVENS, Appellant, *v.* WILLIAM MCWHORTER, Respondent. (Action No. 2.)

Submitted January 21, 1954; decided January 22, 1954.

*John A. Leary* for motion.

No one opposed.

Motions denied with leave to renew on sufficient papers so that this court may determine whether undertakings are required.